## WADLEY SOUTHERN RAILWAY COMPANY *v.* CLEMENTS.

LUMPKIN, J. 1. The first four special grounds of the motion for a new trial present no question involving a principle of law which requires discussion, but rather the application of well-recognized principles of law to the case, such as whether undue prominence was given to some features of the case, and whether the rule as to dealing with conflicts in the evidence, and that in regard to the presumption arising against a railroad company upon proof of injury by the running of its locomotives or cars, were so inaptly expressed as possibly to be misunderstood by the jury. There was no merit in any of these grounds for any of the reasons set out in them.

2. There was no abuse of discretion in refusing a new trial on the ground of newly discovered evidence.

3. While the evidence was conflicting, it was sufficient to support the verdict, and there was no error in overruling the motion for a new trial.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
JANUARY 11, 1916.

Action for damages. Before Judge Rawlings. Emanuel superior court. December 10, 1914.

*Saffold & Jordan,* for plaintiff in error.
*Hines & Jordan,* contra.

---

## PATTERSON *et al. v.* OUTLAND.

LUMPKIN, J. 1. The exceptions to certain portions of the charge to the jury, as not fully or correctly stating the contentions between the parties, or as not authorized by the evidence, were not well taken for any of the reasons assigned in the motion for a new trial, in view of the pleadings and evidence.

2. The pleadings and evidence authorized the charge that "if you find that this was a joint debt of the husband and wife, or you find that it was the debt of the wife made by the husband for her benefit in the purchase of stock for her, and she signed the note with her husband, then I charge you that you would be authorized to find in favor of the plaintiff against both the parties."

3. The verdict was supported by the evidence; and there was no error in overruling the motion for a new trial.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
JANUARY 11, 1916.

Complaint. Before Judge Rawlings. Jenkins superior court. August 31, 1914.

*R. P. Jones,* for plaintiffs in error.
*Johnston & Cone* and *William Woodrum,* contra.